Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-453-710

**Effective Date of Registration:**
May 02, 2025
**Registration Decision Date:**
July 23, 2025

---

## Title

**Title of Work:** Blue Quaker Monk Parakeets

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** November 19, 2018
**Nation of 1st Publication:** Australia

## Author

- **Author:** Lauren Maree Edmonds
  **Author Created:** 2-D artwork
  **Citizen of:** Australia

## Copyright Claimant

**Copyright Claimant:** Lauren Maree Edmonds
47/9 Houghton Street, Petrie, 4502, Australia

## Rights and Permissions

**Name:** Lauren Maree Edmonds
**Email:** hello@maratusfunk.com.au
**Address:** 47/9 Houghton Street
Petrie 4502 Australia

## Certification

**Name:** David Denholm
**Date:** May 02, 2025
**Applicant's Tracking Number:** LE2025050205



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-453-714

**Effective Date of Registration:**
May 02, 2025
**Registration Decision Date:**
July 23, 2025

---

## Title

**Title of Work:** Cockatiel Screm

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** November 28, 2017
**Nation of 1st Publication:** Australia

## Author

- **Author:** Lauren Maree Edmonds
**Author Created:** 2-D artwork
**Citizen of:** Australia

## Copyright Claimant

**Copyright Claimant:** Lauren Maree Edmonds
47/9 Houghton Street, Petrie, 4502, Australia

## Rights and Permissions

**Name:** Lauren Maree Edmonds
**Email:** hello@maratusfunk.com.au
**Address:** 47/9 Houghton Street
Petrie 4502 Australia

## Certification

**Name:** David Denholm
**Date:** May 02, 2025
**Applicant's Tracking Number:** LE2025050207

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-453-718

**Effective Date of Registration:**
May 02, 2025
**Registration Decision Date:**
July 23, 2025

---

## Title

**Title of Work:** Colour of Conures

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** February 28, 2018
**Nation of 1ˢᵗ Publication:** Australia

## Author

- **Author:** Lauren Maree Edmonds
  **Author Created:** 2-D artwork
  **Citizen of:** Australia

## Copyright Claimant

**Copyright Claimant:** Lauren Maree Edmonds
47/9 Houghton Street, Petrie, 4502, Australia

## Rights and Permissions

**Name:** Lauren Maree Edmonds
**Email:** hello@maratusfunk.com.au
**Address:** 47/9 Houghton Street
Petrie 4502 Australia

## Certification

**Name:** David Denholm
**Date:** May 02, 2025
**Applicant's Tracking Number:** LE2025050209

Page 1 of 2



# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-453-722

**Effective Date of Registration:**
May 02, 2025
**Registration Decision Date:**
July 23, 2025

---

## Title

|  |  |
|---|---|
| Title of Work: | Parrots Comic Style |

## Completion/Publication

|  |  |
|---|---|
| Year of Completion: | 2018 |
| Date of 1st Publication: | March 27, 2018 |
| Nation of 1st Publication: | Australia |

## Author

|  |  |
|---|---|
| • Author: | Lauren Maree Edmonds |
| Author Created: | 2-D artwork |
| Citizen of: | Australia |

## Copyright Claimant

|  |  |
|---|---|
| Copyright Claimant: | Lauren Maree Edmonds |
|  | 47/9 Houghton Street, Petrie, 4502, Australia |

## Rights and Permissions

|  |  |
|---|---|
| Name: | Lauren Maree Edmonds |
| Email: | hello@maratusfunk.com.au |
| Address: | 47/9 Houghton Street |
|  | Petrie 4502 Australia |

## Certification

|  |  |
|---|---|
| Name: | David Denholm |
| Date: | May 02, 2025 |
| Applicant's Tracking Number: | LE2025050211 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-453-695

**Effective Date of Registration:**
May 02, 2025
**Registration Decision Date:**
July 23, 2025

---

## Title
　　　　　　　　**Title of Work:** Baby Sloth

## Completion/Publication
　　　　　　　　**Year of Completion:** 2017
　　　　　　**Date of 1st Publication:** April 19, 2017
　　　　　**Nation of 1ˢᵗ Publication:** Australia

## Author
　　　　　　• 　　　　**Author:** Lauren Maree Edmonds
　　　　　　**Author Created:** 2-D artwork
　　　　　　　　**Citizen of:** Australia

## Copyright Claimant
　　　　　**Copyright Claimant:** Lauren Maree Edmonds
　　　　　　　　　　　　47/9 Houghton Street, Petrie, 4502, Australia

## Rights and Permissions
　　　　　　　　　**Name:** Lauren Maree Edmonds
　　　　　　　　　**Email:** hello@maratusfunk.com.au
　　　　　　　**Address:** 47/9 Houghton Street
　　　　　　　　　　　　Petrie 4502 Australia

## Certification
　　　　　　　　　**Name:** David Denholm
　　　　　　　　　**Date:** May 02, 2025
　　**Applicant's Tracking Number:** LE2025050202



*baby sloth noises*

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-453-717

**Effective Date of Registration:**
May 02, 2025
**Registration Decision Date:**
July 23, 2025

---

## Title

**Title of Work:** Cockatiels Galore

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** June 15, 2018
**Nation of 1st Publication:** Australia

## Author

- **Author:** Lauren Maree Edmonds
  **Author Created:** 2-D artwork
  **Citizen of:** Australia

## Copyright Claimant

**Copyright Claimant:** Lauren Maree Edmonds
47/9 Houghton Street, Petrie, 4502, Australia

## Rights and Permissions

**Name:** Lauren Maree Edmonds
**Email:** hello@maratusfunk.com.au
**Address:** 47/9 Houghton Street
Petrie 4502 Australia

## Certification

**Name:** David Denholm
**Date:** May 02, 2025
**Applicant's Tracking Number:** LE2025050208

Page 1 of 2



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-459-548**

**Effective Date of Registration:**
May 02, 2025
**Registration Decision Date:**
August 27, 2025

---

## Title
**Title of Work:** Ammonite & Space II

## Completion/Publication
**Year of Completion:** 2016
**Date of 1st Publication:** October 27, 2016
**Nation of 1st Publication:** Australia

## Author
- **Author:** Lauren Maree Edmonds
  **Author Created:** 2-D artwork
  **Citizen of:** Australia

## Copyright Claimant
**Copyright Claimant:** Lauren Maree Edmonds
47/9 Houghton Street, Petrie, 4502, Australia

## Rights and Permissions
**Name:** Lauren Maree Edmonds
**Email:** hello@maratusfunk.com.au
**Address:** 47/9 Houghton Street
Petrie 4502 Australia

## Certification
**Name:** David Denholm
**Date:** May 02, 2025
**Applicant's Tracking Number:** LE2025050201

Page 1 of 2



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

# VA 2-453-719

**Effective Date of Registration:**
May 02, 2025
**Registration Decision Date:**
July 23, 2025

---

## Title

**Title of Work:** D20 Dice Set Pattern

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** April 23, 2018
**Nation of 1st Publication:** Australia

## Author

**•      Author:** Lauren Maree Edmonds
**Author Created:** 2-D artwork
**Citizen of:** Australia

## Copyright Claimant

**Copyright Claimant:** Lauren Maree Edmonds
47/9 Houghton Street, Petrie, 4502, Australia

## Rights and Permissions

**Name:** Lauren Maree Edmonds
**Email:** hello@maratusfunk.com.au
**Address:** 47/9 Houghton Street
Petrie 4502 Australia

## Certification

**Name:** David Denholm
**Date:** May 02, 2025
**Applicant's Tracking Number:** LE2025050210

Page 1 of 2



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-453-697**

**Effective Date of Registration:**
May 02, 2025

**Registration Decision Date:**
July 23, 2025

## Title

**Title of Work:** Bananaaaa! - Cockatiel Banana Pattern

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** April 19, 2018
**Nation of 1ˢᵗ Publication:** Australia

## Author

- **Author:** Lauren Maree Edmonds
  **Author Created:** 2-D artwork
  **Citizen of:** Australia

## Copyright Claimant

**Copyright Claimant:** Lauren Maree Edmonds
47/9 Houghton Street, Petrie, 4502, Australia

## Rights and Permissions

**Name:** Lauren Maree Edmonds
**Email:** hello@maratusfunk.com.au
**Address:** 47/9 Houghton Street
Petrie 4502 Australia

## Certification

**Name:** David Denholm
**Date:** May 02, 2025
**Applicant's Tracking Number:** LE2025050203

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-453-730

**Effective Date of Registration:**
May 02, 2025
**Registration Decision Date:**
July 23, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Sun Conures |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | March 02, 2018 |
| **Nation of 1st Publication:** | Australia |

## Author

| | |
|---|---|
| • **Author:** | Lauren Maree Edmonds |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Australia |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Lauren Maree Edmonds |
| | 47/9 Houghton Street, Petrie, 4502, Australia |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Lauren Maree Edmonds |
| **Email:** | hello@maratusfunk.com.au |
| **Address:** | 47/9 Houghton Street |
| | Petrie 4502 Australia |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | May 02, 2025 |
| **Applicant's Tracking Number:** | LE2025050212 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-453-709

**Effective Date of Registration:**
May 02, 2025
**Registration Decision Date:**
July 23, 2025

---

## Title
_____

Title of Work: Bin Chicken

## Completion/Publication
_____

Year of Completion: 2017
Date of 1st Publication: May 17, 2017
Nation of 1st Publication: Australia

## Author
_____

- Author: Lauren Maree Edmonds
  Author Created: 2-D artwork
  Citizen of: Australia

## Copyright Claimant
_____

Copyright Claimant: Lauren Maree Edmonds
47/9 Houghton Street, Petrie, 4502, Australia

## Rights and Permissions
_____

Name: Lauren Maree Edmonds
Email: hello@maratusfunk.com.au
Address: 47/9 Houghton Street
Petrie 4502 Australia

## Certification
_____

Name: David Denholm
Date: May 02, 2025
Applicant's Tracking Number: LE2025050204



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-453-711

**Effective Date of Registration:**
May 02, 2025
**Registration Decision Date:**
July 23, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Caique Parrots |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2020 |
| **Date of 1st Publication:** | March 19, 2020 |
| **Nation of 1st Publication:** | Australia |

## Author

| | |
|---|---|
| • **Author:** | Lauren Maree Edmonds |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Australia |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Lauren Maree Edmonds |
| | 47/9 Houghton Street, Petrie, 4502, Australia |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Lauren Maree Edmonds |
| **Email:** | hello@maratusfunk.com.au |
| **Address:** | 47/9 Houghton Street |
| | Petrie 4502 Australia |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | May 02, 2025 |
| **Applicant's Tracking Number:** | LE2025050206 |

